[No. 12508–1–II. Division Two. September 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SUSAN A.
TINGDALE, *Appellant.*

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. 88–1–00032–3, William E. Howard, J.,
entered January 6, 1989. *Affirmed* by unpublished opinion

per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.